UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORI D. SHAVLIK,<br><br>      Plaintiff,<br>  v.<br><br>SNOHOMISH COUNTY<br>SUPERIOR COURT, et al.,<br><br>      Defendants. | CASE NO. C18-1094JLR<br><br>ORDER GRANTING<br>EXTENSION OF TIME TO FILE<br>AMENDED COMPLAINT |

On December 21, 2018, the court dismissed or granted judgment on the pleadings on all of *pro se* Plaintiff Lori D. Shavlik's claims against Defendants Snohomish County, Snohomish County Superior Court, Judge Bruce Weiss, Andrew E. Alsdorf, Craig S. Matheson, Philip G. Sayles, and the Sayles Law Firm, PLLC, except for her claim under Washington State's Public Record Act ("PRA"), RCW ch. 42.56. (12/21/2018 Order (Dkt. # 21).) The court remanded Ms. Shavlik's PRA claim to state court. (*Id.* at 34-35.)

//

The court further granted Ms. Shavlik leave to amend certain of her claims within 15 days of the date of that order. (*Id.* at 34.)

On January 7, 2018, Ms. Shavlik filed a motion for an extension of time to file her amended complaint. (Mot. (Dkt. # 23).) Ms. Shavlik states that she seeks "to add a little more history" to her amended complaint but is "having computer problems that [she] think[s] will prevent [her]" from complying with the 15-day deadline set forth in the court's December 21, 2018, order. (*Id.* at 1.)

In light of Ms. Shavlik's *pro se* status and her averment regarding her computer problems, the court GRANTS Ms. Shavlik an extension of time to Friday, January 11, 2018, to file her amended complaint. The court cautions Ms. Shavlik that it will not grant any further extensions absent truly extenuating circumstances.

Dated this 8th day of January, 2019.

_____
The Honorable James L. Robart
U.S. District Court Judge