The Honorable James L. Robart

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LORI SHAVLIK<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SNOHOMISH COUNTY SUPERIOR COURT, SNOHOMISH COUNTY, JUDGE BRUCE WEISS, ANDREW ALSDORF, CRAIG MATHESON, PHILIP SAYLES, AND THE SAYLES LAW FIRM, PLLC,<br><br>　　　　Defendant(s). | No. C18-1094-JLR<br><br>[Order Granting]<br>PLAINTIFF SHAVLIK'S<br>MOTION FOR EXTENSION OF TIME |

Plaintiff Shavlik, moves for a brief extension of time for filing the Response to Defendants' Motion to Dismiss. This motion is based on the attached declaration.

**DATED** April 2, 2019.

　　　　　　　　　　_Lori Shavlik_
　　　　　　　　　　Lori Shavlik Pro Se

*[Handwritten order:]* Plaintiff's Motion is GRANTED. Response due April 2, 2019. Dated April 9, 2019.

　　　　　　　　　　_James L. Robart_
　　　　　　　　　　James L. Robart
　　　　　　　　　　District Court Judge

PLAINTIFF SHAVLIK'S
MOTION FOR EXTENSION OF TIME

LORI SHAVLIK
PO BOX 73
WOODINVILLE, WA 98072
425-737-7435
loritanning@gmail.com

# DECLARATION

Undersigned declares as follows:

I attempted to upload this response last night in a timely fashion but I could not get my password to work. I had to wait until this morning to get help from the ECF help desk to reset my password in order to upload it..

I declare under the penalty of perjury of the State of Washington that the foregoing is true and correct.

Dated this 2nd day of April, 2019 at Woodinville, WA.


Lori Shavlik Pro Se

# CERTIFICATE OF SERVICE

I Lori Shavlik, served a true and correct copy of the foregoing Joint Status Report of Plaintiff Shavlik upon the persons below at the listed email addresses.

Justin Elsner,
Attorney for Phillip G. Sayles and The Sayles Law Firm PLLC.
Elsner Law Firm, PLLC
23105 58th Ave W
Mount Lake Terrace, WA 98043
Email:

Joseph Genster, Sara Divittorio
Attorneys for Defendants Snohomish County,
Snohomish County Superior Court, Judge
Bruce Weiss, Andrew Alsdorf and CraigMatheson
Snohomish County Prosecuting Attorney -Civil Division
3000 Rockefeller Ave., M/S 504
   Everett, Washington  98201

Email: joseph.genster@snoco.org
Email: sara.divittorio@snoco.org

PLAINTIFF SHAVLIK'S
MOTION FOR EXTENSION OF TIME

LORI SHAVLIK
PO BOX 73
WOODINVILLE, WA 98072
425-737-7435
loritanning@gmail.com